IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00351-MEH

SANTIAGO ABREU,

    Plaintiff,

v.

MEAD STREET STATION, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice [*see* docket #6], filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court finds the Notice and terms of the dismissal proper.  Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case

Dated at Denver, Colorado this 11th day of April, 2016.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge